23932

In the Matter of Craylon CARMICHAEL, former
Marion County Magistrate, Respondent.

(437 S.E. (2d) 63)

Supreme Court

Atty. Gen. T. Travis Medlock and Asst. Atty. Gen. James C. Bogle, Jr., Columbia, for complainant.

Graylon Carmichael, Gresham, pro se.

Heard July 27, 1993.

Decided Sept. 13, 1993.

*Per Curiam:*

In this Judicial[1] Disciplinary Proceeding, Respondent is charged with violations of Canons 1, 2 and 3 of the Code of Judicial Conduct, Rule 501, SCACR. The Board of Commissioners and the Hearing Masters found Respondent guilty of misconduct and recommended a public reprimand. We agree and impose a public reprimand.

## FACTS/DISCUSSION

Respondent was appointed Marion County Magistrate in October, 1985. In December, 1991, he was indicted for embezzlement of public funds and misconduct in office. Respondent subsequently entered a plea of guilty to embezzlement of public funds; he was sentenced to six years imprisonment, suspended upon five years probation, 150 hours of public service, and payment of $9812.21 in restitution. Respondent was removed from office of Magistrate by Executive Order of the Governor.

Respondent was violated the following Canons of the Code of Judicial Conduct, Rule 501, SCACR:

*Canon 1*—A Judge should uphold the integrity and independence of the Judiciary.

*Canon 2*—A Judge should avoid impropriety and the appearance of impropriety in all his activities.

*Canon 3*—A judge should perform the duties of his office impartially and diligently.

Respondent is guilty of judicial misconduct within the meaning of the Rule on Judicial Discipline, Rule 502 § 2(b) SCACR.

We find the appropriate sanction to be a public reprimand; accordingly, we hereby impose a

Public reprimand.

---

[1] As former Magistrate, Respondent is a "Judge" as defined in Rule 502 § 2(b) SCACR.